# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SWENSON-DUGGAN, | Case No. 2:17-cv-02447-WBS-EFB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-02447-WBS-EFB, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: March 27, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

162514.1

1

Case No. 2:17-cv-02447-WBS-EFB
ORDER GRANTING STIPULATION FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE